against assignment without written consent of the landlord is invalid where such consent is not obtained.

2. LANDLORD AND TENANT, § 413*—*when consent by lessee to assignment of lease by assignee to other persons shown.* Evidence *held* sufficient to show the consent of lessees of premises to assignment of the lease by the assignee to other persons and acceptance of the obligation of such subsequent assignees in place of that of the first assignee.

3. APPEAL AND ERROR, § 1303*—*when presumed that evidence omitted from bill of exceptions warranted judgment.* Where a bill of exceptions states that it contains all of the evidence but it shows on its face that it does not, it will be presumed that the omitted evidence justified the finding and judgment of the trial court.

4. LANDLORD AND TENANT, § 416*—*when lessee may not recover from assignee rent paid by lessee to lessor.* Where a lessee has failed to perform his agreement to procure the written consent of the lessor to an assignment of the lease, he cannot recover from the assignee rent paid to the lessor due to the default of the assignees of such assignee.

---

## William V. Purple, Plaintiff in Error, v. Rothschild & Company, Defendant in Error.

### Gen. No. 23,081. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. DENNIS W. SULLIVAN, Judge, presiding. Heard in this court at the October term, 1916. Reversed and remanded. Opinion filed October 2, 1917.

### Statement of the Case.

Action by William V. Purple, plaintiff, against Rothschild & Company, defendant, to recover the value of a piano, alleged to have been wrongfully taken under a chattel mortgage. From a judgment of *nil capiat,* plaintiff bring error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

William A. Jennings, for plaintiff in error.

Judah, Willard, Wolf & Reichmann, for defendant in error.

Mr. Presiding Justice Holdom delivered the opinion of the court.

## Abstract of the Decision.

1. Contracts, § 121*—*when contract rendered void by filling in blank spaces contrary to agreement.* Blank spaces in a contract may be filled in in accordance with the understanding of the parties, but a departure from such agreement renders the contract void.

2. Contracts, § 327*—*when forfeiture granted.* The law abhors a forfeiture, and he who invokes the right to declare one can only do so when there is a valid, enforceable contract giving this right.

---

## Nora Galway, Appellant, v. City of Chicago, Appellee.

### Gen. No. 23,085.

1. Infants, § 34*—*who may not discharge judgment in favor of infant.* A next friend may not discharge a judgment in favor of a minor.

2. Judgment, § 642*—*what is proper procedure where satisfaction is unauthorized.* When a satisfaction of judgment is unauthorized, the proper procedure is to make a motion to vacate the satisfaction of the judgment record and annul the satisfaction piece filed, whereupon an action may be brought upon the judgment.

3. Judgment, § 642*—*how unauthorized satisfaction may be set aside.* An unauthorized satisfaction of a judgment may be set aside by a bill in equity.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.